**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-2349**

JOHN B. SHELTON,

                    Plaintiff - Appellant,

          v.

UNITED STATES POST OFFICE; EMPLOYEE ONE/JOHN DOE I; EMPLOYEE
TWO/JOHN DOE II, Supervisor,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.   James R. Spencer, Chief
District Judge.  (3:08-cv-00399-JRS)

Submitted:  May 28, 2009            Decided:  June 2, 2009

Before WILKINSON, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John B. Shelton, Appellant Pro Se. Jonathan Holland Hambrick,
Assistant United States Attorney, Richmond, Virginia, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John B. Shelton appeals the district court's orders dismissing his complaint filed pursuant to the Federal Tort Claims Act and <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Shelton v. United States Post Office</u>, No. 3:08-cv-00399-JRS (E.D. Va. Oct. 17, 2008 & Oct. 30, 2008). We deny as moot Shelton's motion for a ten-day stay of this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>